1  **SIRI SHETTY**
   California State Bar No. 208812
2  110 West "C" Street #1810
   San Diego, California 92101-5008
3  Telephone: (619) 602-8479

4
   Attorneys for Ms. Kole

5

6

7                          UNITED STATES DISTRICT COURT
8
                          SOUTHERN DISTRICT OF CALIFORNIA
9
                            **(HONORABLE DANA M. SABRAW)**
10
   UNITED STATES OF AMERICA,            )    Case No. 07CR3406
11                                       )    Date:    March 14, 2008
                 Plaintiff,              )
12                                       )    NOTICE OF MOTION AND MOTION TO
                                         )
13                                       )    (1) SEVER DEFENDANTS;
   v.                                    )    (2) EXCLUDE STATEMENTS TAKEN IN
14                                       )        VIOLATION OF MIRANDA
                                         )
15 SANDRA KOLE (2)                       )
                 Defendant.              )
16 _____ )

17
   TO:    KAREN HEWITT, UNITED STATES ATTORNEY, and
18        EUGENE LITVINOFF, ASSISTANT UNITED STATES ATTORNEY

19
          PLEASE TAKE NOTICE that as soon thereafter as counsel may be heard, the defendant, Ms.
20
   Kole, by and through her counsel, Siri Shetty, will ask this Court to enter an order granting the following
21
   motions.
22
   //
23
   //
24
   //
25
   //
26
   //
27

28

**MOTIONS**

The defendant, Sandra Kole, by and through her attorneys, Siri Shetty, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1) Sever Defendants;

2) Exclude Statements Elicited in Violation of <u>Miranda</u>.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

S/Siri Shetty

Dated: March 2, 2008

SIRI SHETTY
Attorneys for Ms. Kole
Email: attyshetty@yahoo.com